OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0006557458

$ 00.26⁵
DEC 10 2014

MAILED FROM ZIP CODE 78701

12/10/2014
Neal, William Leslie        Tr. Ct. No. W10722-1        WR-77,038-01

On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk



RETURN TO SENDER

WILLIAM LESLIE NEAL
ROBERTSON UNIT - TDC #1519491
2011 FM 3522
ABILENE, TX 79601

RELEASED ✗ PKG FROM INDIVIDUAL
NAME & NUMBER DO NOT MATCH
NOT HERE

discharged